31 A.3d 622

IN THE MATTER OF MICHAEL S. ETKIN, AN ATTORNEY
AT LAW (ATTORNEY NO. 007471981).

December 8, 2011.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 11–049, concluding that **MICHAEL S. ETKIN** of **ROSELAND,** who was admitted to the bar of this State in 1981, should be suspended from the practice of law for a period of six months for violating *RPC* 1.15(b) (failure to promptly notify third person of receipt of funds in which the third person has an interest and to promptly disburse the funds), *RPC* 1.15(c) (failure to safeguard funds in which attorney and a third person claim an interest), and *RPC* 8.4(c) (conduct involving fraud, dishonesty, deceit or misrepresentation);

And the Court having determined from its review of the matter that a three-month suspension from practice is the appropriate quantum of discipline for respondent's unethical conduct;

And good cause appearing;

It is ORDERED that **MICHAEL S. ETKIN** is suspended from the practice of law for a period of three months and until the further Order of the Court, effective January 4, 2012; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent comply with *Rule* 1:20–20 dealing with suspended attorneys; and it is further

ORDERED that pursuant to *Rule* 1:20–20(c), respondent's failure to comply with the Affidavit of Compliance requirement of *Rule* 1:20–20(b)(15) may (1) preclude the Disciplinary Review Board from considering respondent's petition for reinstatement

for a period of up to six months from the date respondent files proof of compliance; (2) be found to constitute a violation of *RPC* 8.1(b) and *RPC* 8.4(c); and (3) provide a basis for an action for contempt pursuant to *Rule* 1:10–2; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.